### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

ROBERT WILLIAMS,                     :
                                     :
        Petitioner,      :
  VS.                              :
                                     :      NO. 5:14-CV-00220-CAR-CHW
Commissioner BRIAN OWENS,            :
                                     :
        Respondent.      :
_____      :

## ORDER

Presently pending before the Court is *pro se* Petitioner Robert Williams' motion for leave to proceed *in forma pauperis* on appeal (ECF No. 21).  By Order dated May 23, 2016 (ECF No. 15), the Court adopted the recommendation of the Magistrate Judge that Petitioner's 28 U.S.C. § 2254 motion be denied and that Petitioner be denied a certificate of appealability ("COA").  Because this Court has held that Petitioner is not entitled to a COA, his motion to proceed *in forma pauperis* on appeal is **DENIED as moot.**

**SO ORDERED**, this 29th day of July, 2016.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE